**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | CASE NO. **8:26 cr   031** |
| **Plaintiff,** | |
| | **JUDGE  MICHAEL J. NEWMAN** |
| **vs.** | **INDICTMENT** |
| **ZACHARY MCGLOTHIN,** | 18 U.S.C. § 922(g)(1) |
| | 18 U.S.C. § 924(a)(8) |
| **Defendant.** | 21 U.S.C. §§ 841(a)(1) & (b)(1)(B)-(C) |
| | **FORFEITURE** |

**THE GRAND JURY CHARGES:**

<u>**COUNT 1**</u>
**[18 U.S.C. §§ 922(g)(1) and 924(a)(8)]**

On or about November 25, 2025, in the Southern District of Ohio, defendant **ZACHARY MCGLOTHIN**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and the firearm was in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

<u>**COUNT 2**</u>
**[21 U.S.C. §§ 841(a)(1) & (b)(1)(C)]**

On or about February 13, 2026, in the Southern District of Ohio, defendant **ZACHARY MCGLOTHIN**, knowingly and intentionally distributed a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).

## COUNT 3
### [21 U.S.C. §§ 841(a)(1) & (b)(1)(B)-(C)]

On or about February 13, 2026, in the Southern District of Ohio, defendant **ZACHARY MCGLOTHIN**, knowingly and intentionally possessed with intent to distribute 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, and a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide (also known as fentanyl), a Schedule II controlled substance.

In violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(B)-(C).

## COUNT 4
### [18 U.S.C. §§ 922(g)(1) and 924(a)(8)]

On or about April 16, 2026, in the Southern District of Ohio, defendant **ZACHARY MCGLOTHIN**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, and the firearm was in and affecting commerce.

In violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(8).

A TRUE BILL

S/
FOREPERSON

**DOMINICK S. GERACE II**
**UNITED STATES ATTORNEY**

**ELIZABETH L. McCORMICK (0087862)**
**AMY M. SMITH (0081712)**
**Assistant United States Attorneys**

2